Stuart A. Kirsch, Assistant General Counsel–Litigation, American Federation of Government Employees, of Riverdale, GA, argued for petitioner. With him on the brief was Mark D. Roth, General Counsel, of Washington, DC.

Hilliary A. Stern, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director.

RADER, LINN, and PROST, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

David Schlachter, Law Offices of David Schlachter, of Uniondale, NY, argued for petitioner.

Jane W. Vanneman, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Jeanne E. Davidson, Director, Martin F. Hockey, Jr., Assistant Director, and Meredyth Cohen Havasy, Trial Attorney.

GAJARSA, PLAGER, and LINN, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**Ross MILLIGAN, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 2008–3260.

United States Court of Appeals, Federal Circuit.

May 8, 2009.

**Steven G. COKER, Petitioner,**

v.

**DEPARTMENT OF COMMERCE, Respondent.**

No. 2008–3296.

United States Court of Appeals, Federal Circuit.

May 11, 2009.